# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:  LETTERS ROGATORY ISSUED
BY THE CANTONAL COURT OF
CANTON ZUG, SWITZERLAND.**

Case No.  6:05-mc-74-ORL-31KRS

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR RECONSIDERATION OF COURT'S DENIAL OF JESELSOHN'S REQUEST FOR SWISS COUNSEL TO PARTICIPATE IN EXAMINATION OF MICHAEL MARLOW (Doc. No. 9)** |
| **FILED:** | **July 8, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Local counsel for interested party David Jeselsohn again asks the Court to permit Mr. Jeselsohn's attorney in Switzerland to participate in the questioning of witness Michael Marlowe.  As discussed at the last hearing in this case, the request in this matter was made under Chapter I of the Hague Convention on Taking Evidence In Foreign Countries in Civil and Commercial Affairs (the "Convention), which governs requests made by a court to another court to obtain evidence or perform some other judicial act. The Swiss court making the request specified the questions to be put to the witness by this Court, pursuant to Article III(f) of the Convention.  The request asks that this Court

inform the Swiss court of the date and time of the hearing at which the witness will be questioned so that "the parties' Swiss law representatives will not have to travel to the USA twice to participate in the hearing." It does not, however, request any special procedure, such as permitting Swiss counsel to ask questions other than those posed by the Swiss court in the Letter of Request. Thus, as stated on the record during the last hearing in this case, I construe the request that Swiss counsel "participate" to mean that Swiss counsel may attend the hearing and participate by providing this Court with information and advice, if requested, but that Article I of the Convention does not permit Swiss counsel to question the witness.

If counsel wish to conduct the deposition, they may seek assistance under other provisions of the Convention or file a separate application for relief under 28 U.S.C. § 1782, if appropriate, to request that the Court appoint a Commissioner who is not a judicial officer to take the requested discovery. However, the Court cannot reform the request currently before it into one made under these alternative legal bases.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties