# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:  LETTER OF REQUEST ISSUED
BY THE CANTONAL COURT OF            Case No.  6:05-mc-74-ORL-31KRS
CANTON ZUG, SWITZERLAND.

---

## ORDER TO APPEAR

This matter came before the Court for consideration on the Letter of Request issued by the Cantonal Court of Canton Zug, Switzerland, requesting the production of documents from and deposition of Michael L. Marlowe.  Doc. No. 1.  I was appointed as the Commissioner in this matter for the purpose of rendering judicial assistance as requested by the Cantonal Court of Canton Zug pursuant to the Convention on Taking of Evidence Abroad in Civil or Commercial Matters (the Treaty), T.I.A.S. No. 7444, 23 U.S.T. 2555.  Doc. No. 3.

Therefore, it is **ORDERED** that Michael L. Marlowe shall appear before me on **TUESDAY**, **SEPTEMBER 6**, **2005** at **9:00 A.M.** in Courtroom #5, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida, for the purpose of having his deposition taken and producing documents.  I will preside over the deposition, which will be limited to one day of no more than seven hours, and I will ask Marlowe to respond to the questions posed by and produce

the documents requested by the Cantonal Court of Canton Zug.[1] The proceedings will be governed by the Federal Rules of Civil Procedure.[2]

It is further **ORDERED** that Marlowe shall produce at the place and time for the deposition the documents called for in paragraphs 2.2a; 6.1a; 6.2b; 6.3a; 6.3c; 6.5b; 6.5e; 6.6d; 6.12; 7.2b, of Enclosure 1 (questions of the plaintiff) to the Letter of Request that are in his possession, custody or control.

Any objections Marlowe wishes to lodge with respect to the proposed deposition, including the questions and requests for production included in the Letter of Request, shall be filed and served within ten (10) days after service of this Order on him.

Accordingly, it is further **ORDERED** that the United States Marshals Service shall personally serve Marlowe with a copy of this Order at the following address: 1031 West Morse Boulevard, Suite 200, Winter Park, Florida 32789.  The United States Marshals Service shall also personally serve Marlowe with a copy of the Notice of Filing Request, Questions, and Exhibits submitted by the United States, a copy of which will be provided to the United States Marshals Service with this Order. *See* Doc. No. 12 and attachments.

---

[1] On July 27, 2005, I received a letter directly from the Clerk of Court for the Cantonal Court of Canton Zug.  Doc. No. 13.  In sum, the letter requests that I permit "the Swiss lawyers of the parties" to participate in Marlowe's deposition.  Because this letter was not provided to me by representatives of the Department of Justice, the Central Authority for the United States under Article II of the Treaty, it is not properly before this Court. Further, it is inconsistent with the Federal Rules of Civil Procedure to permit interested parties to pose questions to deponents.

[2] The Treaty specifically provides that "[t]he judicial authority which executes a Letter of Request shall apply its own law as to the methods and procedures to be followed."  Article IX.

It is further **ORDERED** that Assistant United States Attorney Samuel Armstrong shall cause this Order to be submitted to the Cantonal Court of Canton Zug in accordance with that Court's request to be informed about the scheduling of the deposition.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
U.S. Attorney's Office, Middle District of Florida